Commonwealth *v.* Troxel, Appellant.

Submitted March 22, 1974.
*Jerome B. Nulty,* and *Clemens & Nulty,* for appellant; *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Tuggles, Appellant.

Before PORTER, J., without a jury.

Submitted September 9, 1974. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Steven H. Goldblatt,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.